UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADIHA MINER, | No. 2:19-cv-1496 MCE AC PS |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, FBI and CIA, | |
| Defendants. | |

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On August 29, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 7. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed August 29, 2019, are adopted in full; and

////

1

2. All claims against all defendants are DISMISSED with prejudice, and all pending motions, including ECF No. 3 and 5, are dismissed as MOOT, and this case is closed.

IT IS SO ORDERED.

Dated: October 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE